IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT ALLAN RATHGEBER, Plaintiff, vs. DYLAN COLE SIMONS, Defendant. | CV 19–135–M–DLC<br><br>ORDER |

FILED
JAN 2 7 2020
Clerk, U.S. District Court
District Of Montana
Missoula

Pursuant to the Parties' Stipulation of Dismissal With Prejudice (Doc. 11),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for July 13, 2020, is VACATED.

DATED this 27th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court